IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEROME M. MERAZ**                                                                                         **PLAINTIFF**

V.                                              **CASE NO. 5:23-CV-5044**

**SHERIFF JAY CANTRELL,**
**Washington County, Arkansas;**
**CAPTAIN NOLAN AKE,**
**Washington County Detention Center (WCDC);**
**CORPORAL TOM MULVANEY, MCDC;**
**CORPORAL CORLEY, WCDC;**
**JAILER CAMERON STOUT, WCDC;**
**CORPORAL DOMINICK NUNZIATO, WCDC;**
**CORPORAL BENJAMIN VELASCO, WCDC;**
**CORPORAL CHRISTOPHER DRUMWRIGHT, WCDC;**
**SERGEANT RANDELL FULLER, WCDC;**
**PAIGE BLOCK, Dietician; and**
**JANEY HANEY, Kitchen Supervisor**                                                                **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 61) filed in this case on February 20, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that the Motion for Partial Summary Judgment filed by Separate Defendants Cantrell, Ake, Mulvaney, Corley, Stout, Nunziato, Velasco, Drumwright, and Fuller (Doc. 46) is **GRANTED**, and the following claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies:

- All personal capacity claims against Defendants Cantrell and Ake. As Meraz has asserted official capacity claims against all Defendants, the official capacity claims against Defendants Cantrell and Ake are duplicative. **Defendants Cantrell and Ake, therefore, are terminated as parties to the case.**

- The wrongful classification claims against Defendant Corley.

- Claim Four asserting inadequate nutrition. This results in the dismissal of all claims against Paige Block and Janet Haney. **Defendants Block and Haney, therefore, are terminated as parties to the case.**

- Claim Five asserting failure to adhere to COVID-19 protocols.

The Clerk of Court is advised that the case should remain referred to Magistrate Judge Ford for all remaining pretrial matters.

**IT IS SO ORDERED** on this 11th day of March, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE